1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11   UNITED STATES OF AMERICA,         Case No. CR 13 - 00102 JFW

12                    Plaintiff,
                                        **ORDER OF DETENTION AFTER**
13           v.                         **HEARING**
                                        **[Fed.R.Crim.P. 32.1(A)(6);**
14                                      **18 U.S.C. § 3143(A)]**

15   George Fernandez

16                    Defendant.

17
18
19           The defendant having been arrested in this District pursuant to a warrant

20   issued by the United States District Court for the _Central District of California_

21   for alleged violation(s) of the terms and conditions of his/her [probation]

22   [supervised release]; and

23           The Court having conducted a detention hearing pursuant to Federal Rule of

24   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

25           The Court finds that:

26   A.    ☒     The defendant has not met his/her burden of establishing by clear and

27   convincing evidence that he/she is not likely to flee if released under 18

28   U.S.C. § 3142(b) or (c).  This finding is based on _the government's proffer,_

pretrial services report and recommendation, violation report submitted by probation, and defendant's position that he was submitting to detention.

and/or

B.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: the government's proffer, the pretrial services report and recommendation, the violation report submitted by probation, and defendant's position that he submitted to detention.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  9/20/2016

ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE